

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :

v.                            :     CRIMINAL NO. 13-338-7

SIDIQ SHAHEE MONTGOMERY       :

ORDER FOR BENCH WARRANT

FILED
JUN 26 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 26th day of June, 2013, on motion of Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.


BY THE COURT:

_____
HONORABLE ELIZABETH T. HEY
United States Magistrate Judge


Re: Warrant Issued

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

v.                              :    CRIMINAL NO. 13-338-7

SIDIQ SHAHEE MONTGOMERY         :

FILED
JUN 26 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## MOTION FOR BENCH WARRANT

AND NOW, this 26th day of June, 2013, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Robert Livermore, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

_____
ROBERT LIVERMORE
Assistant United States Attorney